EXHIBIT 1

**Coleman, Monica (USAWVS)**

| | |
|---|---|
| **From:** | Coleman, Monica (USAWVS) |
| **Sent:** | Tuesday, June 19, 2018 4:34 PM |
| **To:** | Smith, Salem C.; Page, Wesley P |
| **Cc:** | Thomas, Meredith (USAWVS) |
| **Subject:** | RE: Potential Conflict |
| **Attachments:** | Monica D Coleman.vcf |

Salem – Thursday at 2:00 pm will be fine. Please call the main Charleston number – 304-345-2200.

Thank you
Monica


Monica D. Coleman
Assistant United States Attorney
Southern District of West Virginia

Robert C. Byrd U.S. Courthouse
300 Virginia Street East, Suite 4000
Charleston, West Virginia 25301
Office: 304-345-2200
Fax: 304-347-5104

Sidney L. Christie Federal Building
845 Fifth Avenue
Huntington, WV 25701
Office: 304-529-5799


Legal Assistant:
Stephanie Whited
Stephanie.whited@usdoj.gov


ATTORNEY-CLIENT PRIVILEGED COMMUNICATION OR ATTORNEY WORK PRODUCT: The information contained in this message is privileged. It is intended only to be read by the individual or entity addressed or their designee. If the reader of this message is not the intended recipient, you are on notice that any distribution of this message, in any form, is prohibited. If you have received the message in error, please immediately notify the sender and delete and destroy any copy of this message.

**From:** Smith, Salem C. <SSmith@flahertylegal.com>
**Sent:** Tuesday, June 19, 2018 3:17 PM
**To:** Coleman, Monica (USAWVS) <MColeman2@usa.doj.gov>; Page, Wesley P <WPage@flahertylegal.com>

1

**Cc:** Thomas, Meredith (USAWVS) <MThomas4@usa.doj.gov>
**Subject:** RE: Potential Conflict

Monica,

How about Thursday at 2pm? If that time works, let me know which number to call.

Thanks

Salem

## Salem Smith, Esq.
Member

## Flaherty
FLAHERTY SENSABAUGH BONASSO PLLC
PHONE:

---

**From:** Coleman, Monica (USAWVS) [mailto:Monica.Coleman@usdoj.gov]
**Sent:** Tuesday, June 19, 2018 1:58 PM
**To:** Smith, Salem C.; Page, Wesley P
**Cc:** Thomas, Meredith (USAWVS)
**Subject:** RE: Potential Conflict

Salem – I appreciate your response but I would like to discuss this matter with you and Wes further. Would the two of you be available for a conference call with Meredith and me Wednesday or Thursday?

Thank you,

Monica


Monica D. Coleman
Assistant United States Attorney
Southern District of West Virginia

Robert C. Byrd U.S. Courthouse
300 Virginia Street East, Suite 4000
Charleston, West Virginia 25301
Office: 304-345-2200
Fax: 304-347-5104

Sidney L. Christie Federal Building
845 Fifth Avenue
Huntington, WV 25701
Office: 304-529-5799


Legal Assistant:
Stephanie Whited
Stephanie.whited@usdoj.gov

2

ATTORNEY-CLIENT PRIVILEGED COMMUNICATION OR ATTORNEY WORK PRODUCT: The information contained in this message is privileged. It is intended only to be read by the individual or entity addressed or their designee. If the reader of this message is not the intended recipient, you are on notice that any distribution of this message, in any form, is prohibited. If you have received the message in error, please immediately notify the sender and delete and destroy any copy of this message.

**From:** Smith, Salem C. <SSmith@flahertylegal.com>
**Sent:** Monday, June 18, 2018 3:09 PM
**To:** Coleman, Monica (USAWVS) <MColeman2@usa.doj.gov>; Page, Wesley P <WPage@flahertylegal.com>
**Subject:** RE: Potential Conflict

Monica,

Thank you for your e-mail. My firm has conducted an appropriate conflict analysis concerning the representation of Dr. Early and Dr. Turner and has concluded that no conflict exists. My firm has also taken appropriate steps pursuant to the applicable rules of professional conduct with respect to the conflict analysis.

Thank you

Salem

**Salem Smith, Esq.**
Member

**Flaherty**
FLAHERTY SENSABAUGH BONASSO PLLC
PHONE:

---

**From:** Coleman, Monica (USAWVS) [mailto:Monica.Coleman@usdoj.gov]
**Sent:** Friday, June 15, 2018 9:28 AM
**To:** Smith, Salem C.; Page, Wesley P
**Cc:** Thomas, Meredith (USAWVS)
**Subject:** Potential Conflict

Counsel – It has recently come to our attention that your firm may have a potential conflict of interest in its continued representation of Drs. Chad Turner and William Earley. In reviewing this potential conflict, I would refer you to both Model Rule of Professional Conduct 1.7 and 1.10. Inasmuch as the United States has an interest in protecting the integrity of the prosecution, I am bringing this potential conflict to your attention. I ask that each of you provide me with a written assurance that you have adequately addressed the conflict and if your clients consent to your continued representation, please forward to me your confirmation of this fact.

Sincerely,

Monica D. Coleman
Assistant United States Attorney
Southern District of West Virginia

Robert C. Byrd U.S. Courthouse

300 Virginia Street East, Suite 4000
Charleston, West Virginia 25301
Office: 304-345-2200
Fax: 304-347-5104

Sidney L. Christie Federal Building
845 Fifth Avenue
Huntington, WV 25701
Office: 304-529-5799

Legal Assistant:
Stephanie Whited
Stephanie.whited@usdoj.gov

ATTORNEY-CLIENT PRIVILEGED COMMUNICATION OR ATTORNEY WORK PRODUCT: The information contained in this message is privileged. It is intended only to be read by the individual or entity addressed or their designee. If the reader of this message is not the intended recipient, you are on notice that any distribution of this message, in any form, is prohibited. If you have received the message in error, please immediately notify the sender and delete and destroy any copy of this message.

This e-mail and any attachments are confidential and may be protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately by returning it to the sender and delete this copy from your system. Thank you for your cooperation.
This e-mail and any attachments are confidential and may be protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately by returning it to the sender and delete this copy from your system. Thank you for your cooperation.